**Declaration of E.B.**

I, E.B., state and declare as follows:

1. I am a 40 year-old resident of East Baton Rouge Parish, Louisiana.

2. According to my Louisiana State Police background check, in 2002 I was charged with contempt of court, being a fugitive, speeding, and theft of goods in two separate arrest incidents.

3. In 2008, I was arrested on distribution charges and pled guilty to possession of ecstasy, a misdemeanor. I was sentenced to six months of unsupervised probation.

4. In 2011, I was arrested for and pled to felony possession charges and was sentenced under Article 893 to a suspended sentence. My probation for this charge was revoked in 2013, and I was incarcerated.

5. In 2016, I was arrested for illegal possession of stolen things, but all charges were dropped. This caused me to review my record, and I learned of my eligibility for some of these charges to be expunged.

6. At this time I am eligible for my felony, a misdemeanor, and my 2016 arrest to be expunged. I do not recall the outcome of my 2002 case, and my Louisiana State Police background check does not have the disposition of this charge, so it may also be eligible if the charges were dismissed.

7. It would cost me either $1650.00 or $2200.00 to expunge the eligible offenses on my record.

8. I would like to expunge my criminal record because it has made my life more difficult.

9. I have regularly applied for better-paying employment, but have been turned down because of my criminal record.

10. Earlier in 2019, I applied to Hamilton Relay and Lyft, but was turned down because of my criminal background history.

11. I believe if I applied for any other jobs or positions I would likewise be turned down because of my record.

12. I believe if I could find a better paying position, I could move out of my mother's home into a stable living situation for myself and my two children. I cannot currently save enough money for a security deposit and rent in Baton Rouge at my current job.

13. I cannot afford the $1650 or $2200 it would cost me to expunge my criminal record.

14. I do not believe I will be able to afford the $1650 it would cost me in the near future.

15. I earn $4.00 per hour plus tips as a waitress.

16. I live paycheck to paycheck and have no savings.

17. If I could expunge my record, I believe my employment and housing prospects would improve, and that my life, and the lives of my children, would as well.

I declare under penalty of perjury that the above statements are true and correct. Executed this 26th day of November, 2019.



.