UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

E.B., D.W., and T.R., on behalf of
themselves and all others similarly situated     CIVIL ACTION

VERSUS                                          NO.   19-862-JWD-SDJ

JEFF LANDRY, ET AL.

### RULING AND ORDER

This matter comes before the Court on the *Motion to Dismiss Second Amended Complaint by Defendants Welborn, Harris, Morrell, Gegenheimer, Moore, Perrilloux, and Connick* (Doc. 69) filed by Defendants Doug Welborn, Jason Harris, Arthur Morrell, Jon Gegenheimer, Hillar C. Moore, III, Scott Perrilloux, and Paul Connick (collectively "Defendants"). Plaintiffs E.B., D.W., and T.R. (collectively "Plaintiffs") oppose the motion. (Doc. 75.) Defendants filed a reply. (Doc. 80.) Oral argument is not necessary. The Court has carefully considered the law, the facts in the record, and the arguments and submissions of the parties and is prepared to rule. For written reasons to follow,

**IT IS ORDERED** that the Defendants' motion is **GRANTED IN PART AND DENIED IN PART**. Specifically, **IT IS ORDERED** that Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) is **GRANTED**, and Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. In all other respects, Defendants' motion is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Judgment will be entered within seven (7) days of the issuance of written reasons.

Signed in Baton Rouge, Louisiana, on March 30, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**